Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−15682−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marva Coleman
   aka Marva M Oates
   46 Bilton Street
   Teaneck, NJ 07666

Social Security No.:
   xxx−xx−1778

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/31/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 31, 2019
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-15682-SLM
Marva Coleman                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: May 31, 2019
                              Form ID: 148             Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db          +Marva Coleman,    46 Bilton Street,    Teaneck, NJ 07666-3720
518131735   +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,    Sunrise, FL 33345-9079
518236664    Emergency Physicians Services of NJ, PA,    PO Box 1123,    Minneapolis MN 55440-1123
518271355   +MTGLQ Investors, L.P.,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
518131740   +Plaza Services, LLC,    110 Hammond Drive,    Suite 110,    Atlanta, GA 30328-4806
518131742    Specialized Loan Servining,    PO Box 6201888,    Atlanta, GA 30362
518131743   +Sunrise Credit Services, Inc.,    Attn: Bankruptcy,    260 Airport Plaza,
              Farmingdale, NY 11735-4021
518131745   +Visions FCU,   Attn: Bankruptcy,    24 Mckinley Ave.,    Endicott, NY 13760-5491

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 01 2019 00:35:23     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 01 2019 00:35:19     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518131736   +EDI: CBS7AVE Jun 01 2019 03:53:00     Ashro,    1112 7th Ave,    Monroe, WI 53566-1364
518223939   +EDI: CBS7AVE Jun 01 2019 03:53:00     Ashro Lifestyle,    c/o Creditors Bankruptcy Service,
              P O Box 800849,    Dallas, TX 75380-0849
518131737   +EDI: RCSFNBMARIN.COM Jun 01 2019 03:53:00     Credit One Bank,    Attn: Bankruptcy Department,
              Po Box 98873,    Las Vegas, NV 89193-8873
518131738   +E-mail/Text: csocha@greateralliance.org Jun 01 2019 00:36:38     Greater Alliance Fcu,
              Attn: Bankruptcy Department,    40 W. Century Rd.,    Paramus, NJ 07652-1454
518154532    EDI: RESURGENT.COM Jun 01 2019 03:53:00     LVNV Funding, LLC,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
518131739   +EDI: RESURGENT.COM Jun 01 2019 03:53:00     LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
              Po Box 10497,    Greenville, SC 29603-0497
518253179   +EDI: AIS.COM Jun 01 2019 03:53:00     Verizon,    by American InfoSource as agent,
              4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518131744   +EDI: VERIZONCOMB.COM Jun 01 2019 03:53:00     Verizon Wireless,
              Attn: Verizon Wireless Bankruptcy Admini,    500 Technology Dr, Ste 550,
              Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518131741    ##+RAS Citron, LLC,    91 Clinton Road,    Fairfield, NJ 07004-2917
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    MTGLQ INVESTORS, L.P. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg     magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: May 31, 2019
                               Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Walter D. Nealy    on behalf of Debtor Marva  Coleman nealylaw@gmail.com, r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com

         TOTAL: 5